EMIL KIRCHER and JOSEPH KIRCHER, as Copartners Doing Business under the Firm Name and Style of GEORGE KIRCHER & SONS, Respondents, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF BRUTUS, CATO, CONQUEST, SENNETT AND THROOP, CAYUGA COUNTY, NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. (The judgment declares plaintiffs' bid for the alteration of a school and the construction of a bus garage and the bond filed therewith, to be null and void and cancels same, and restrains defendant from endeavoring to enforce them.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

PIOTR SARAMA, Appellant, v. JOSEPHINE SARAMA, Respondent.— Order reversed on the law and facts as a matter of discretion, without costs of this appeal to either party, and motion denied, without costs. Memorandum: Although the order from which appeal is taken does not state that the original action was dismissed without prejudice to pursue the second action, an examination of the record of the trial of the first action as furnished by the respondent herein, shows that dismissal was without prejudice to the bringing of a second action. (Civ. Prac. Act, § 482.) This second action now brought both in theory and relief sought differs from the original action. (*Wilner* v. *Independent Order Ahawas Israel,* 122 App. Div. 615.) Proper exercise of discretion leads us to reverse the order from which appeal is taken and to deny the motion made below for a stay pending the payment of the costs of the first action. (*Skeels* v. *Bodine,* 68 App. Div. 217; *Wiedhopf* v. *Wolf,* 229 id. 152; *Watkins* v. *Pacific Finance Corporation,* 259 id. 685.) All concur. (The order enjoins plaintiff and his attorney from proceeding further in the action to cancel a deed until the payment of costs taxed in a previous action brought for the same relief and in which plaintiff submitted to a voluntary nonsuit.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

DAVID PIGLER, Appellant, v. ROBERT PATTERSON, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur, except Crosby, P. J., who dissents and votes for affirmance. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

DANIEL A. MESSINA, Appellant, v. FRANK SCARLATA, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in an action to restrain defendant from using his automobile repair station between the hours of ten P. M. and seven A. M.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LOYAL SHERMAN, Appellant, v. BARTON BROMLEY and HELEN BROMLEY, Also Known as HELEN McMANUS, Respondents.— Judgment affirmed, with costs. All concur. (The judgment of Monroe County Court reverses a judgment of the Rochester City Court, Civil Branch, in favor of plaintiff and grants a new trial in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.